# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:    EBONIE CHOICE    §    Case No.: 07-07359
                          §
                          §
                          §
                          §
                          §
    Debtor(s)             §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/24/2007.

2) This case was confirmed on 03/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/19/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/19/2011, 03/15/2012.

5) The case was discharged under 11 U.S.C Sec 1328(b) on 04/18/2012.

6) Number of months from filing to the last payment: 58

7) Number of months case was pending: 63

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    4,150.00

10) Amount of unsecured claims discharged without payment $   52,623.85

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Receipts:
        Total paid by or on behalf of the debtor        $    19,446.43
        Less amount refunded to debtor                  $          .00
 NET RECEIPTS                                           $    19,446.43
================================================================================

================================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan           $     2,814.00
        Court Costs                                     $          .00
        Trustee  Expenses and Compensation              $     1,301.62
        Other                                           $          .00

 TOTAL EXPENSES OF ADMINISTRATION                       $     4,115.62

 Attorney fees paid and disclosed by debtor             $       186.00
================================================================================

================================================================================
 Scheduled Creditors:

 Creditor                  Claim          Claim          Claim         Principal        Int.
  Name            Class    Scheduled      Asserted       Allowed       Paid             Paid

 HONOR FINANCE         SECURED       5,500.00      2,877.04       2,877.04       2,877.04       80.06
 HONOR FINANCE         UNSECURED     2,000.00            NA             NA            .00         .00
 AMERICASH LOANS LLC   UNSECURED       538.00      1,810.22       1,810.22         139.51        .00
 ASSET ACCEPTANCE LLC  UNSECURED       438.00        438.46         438.46          33.79        .00
 MONTEREY FINANCIAL S  UNSECURED       764.10        229.71         229.71          17.70        .00
 ASSET ACCEPTANCE LLC  UNSECURED    13,423.96     15,926.28      15,926.28       1,227.45        .00
 CAPITAL ONE           UNSECURED     1,209.00           .00            .00            .00        .00
 CAPITAL ONE           UNSECURED     1,091.34      1,100.74       1,100.74          84.83        .00
 CASH FLOW CONSULTANT  UNSECURED       255.62            NA             NA            .00        .00
 CITY OF CHICAGO PARK  UNSECURED       800.00      2,440.00       2,440.00         188.05        .00
 CITY OF CHICAGO PARK  UNSECURED       274.00            NA             NA            .00        .00
 CORPORATE AMERICA FA  UNSECURED     1,423.00            NA             NA            .00        .00
 CREDIT PROTECTION AS  UNSECURED       146.00            NA             NA            .00        .00
 PREMIER BANK CARD     UNSECURED       396.81        412.77         412.77          31.82        .00
 AAA CHECKMATE         UNSECURED     1,249.18      1,372.27       1,372.27         105.74        .00
 BROTHER LOAN & FINAN  UNSECURED     1,249.18      1,627.86       1,627.86         125.45        .00
 HARVARD COLLECTION S  UNSECURED       409.54            NA             NA            .00        .00
 INTERNAL REVENUE SER  UNSECURED          .00     12,555.63      12,555.63         967.61        .00
 RICHARD DELLA CROCE   UNSECURED       255.58            NA             NA            .00        .00
 LITTLE COMPANY OF MA  UNSECURED        87.53            NA             NA            .00        .00
 MACRO                 UNSECURED       285.00            NA             NA            .00        .00
 MACNEAL EMERGENCY PH  UNSECURED       222.00        222.00         222.00          17.10        .00
 MCI                   UNSECURED       135.97            NA             NA            .00        .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MCSI/RMI | UNSECURED | 250.00 | 500.00 | 500.00 | 38.54 | .00 |
| NATIONAL ACTION FINA | UNSECURED | 1,100.74 | NA | NA | .00 | .00 |
| NATIONWIDE COLLECTIO | UNSECURED | 74.29 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| NORMAN G KALINA | UNSECURED | 265.73 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 575.19 | NA | NA | .00 | .00 |
| SUNRISE CREDIT | UNSECURED | 806.69 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 2,371.00 | NA | NA | .00 | .00 |
| USPS DISBURSING OFFI | UNSECURED | 1,052.64 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,756.90 | 2,756.90 | 212.52 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 15,926.28 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 7,406.73 | 7,406.73 | 7,406.73 | .00 |
| ARONSON FURNITURE | SECURED | NA | 545.80 | .00 | .00 | .00 |
| MONTEREY FINANCIAL S | SECURED | NA | 300.00 | 300.00 | 300.00 | 29.21 |
| ARONSON FURNITURE | UNSECURED | 851.49 | 233.91 | 233.91 | 18.04 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 223.07 | 223.07 | 17.19 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 488.00 | 488.00 | 37.61 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 1,677.36 | 1,208.48 | 1,208.48 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 748.26 | 748.26 | 112.58 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,756.90 | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 438.46 | .00 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | NA | 697.48 | 697.48 | 53.76 | .00 |
| AT & T | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 496.06 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,877.04 | 2,877.04 | 80.06 |
| All Other Secured | 300.00 | 300.00 | 29.21 |
| **TOTAL SECURED:** | 3,177.04 | 3,177.04 | 109.27 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 8,615.21 | 8,615.21 | .00 |
| **TOTAL PRIORITY:** | 8,615.21 | 8,615.21 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 43,783.56 | 3,429.29 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,115.62 |
| Disbursements to Creditors | $ | 15,330.81 |
| **TOTAL DISBURSEMENTS:** | $ | 19,446.43 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    08/02/2012                                    /s/ Tom  Vaughn
                                                        Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**